No. 91–5393.   SMITH v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 91–5396.   BOWIE v. BORG, WARDEN, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 91–5398.   MELLOTT v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 91–5399.   MEDINA v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 91–5400.   HALL v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 91–5402.   KETCHUM, AKA EHLER v. DENVER POLICE DEPARTMENT; and KETCHUM v. IDAHO SPRINGS POLICE DEPARTMENT.   C. A. 10th Cir.   Certiorari denied.   Reported below: 930 F. 2d 33.

No. 91–5403.   ST. HILAIRE v. ARIZONA DEPARTMENT OF CORRECTIONS ET AL. (two cases).   C. A. 9th Cir.   Certiorari denied.

No. 91–5404.   KLEINSCHMIDT v. FINLEY, KUMBLE, WAGNER, HEINE, UNDERBERG, MANLEY, MEYERSON & CASEY, P. A., ET AL. Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 91–5405.   WHITAKER v. WELLS FARGO NATIONAL ASSN. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 91–5407.   SIMMONS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 91–5408.   POWELL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 91–5409.   SALDANA-MEZA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 91–5410.   TRASLAVINA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.